U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 26 2017
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:17-CR-315(FJS) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| **RENO CONLEY,** | ) | Violation: | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) [Possession of Firearm by a Prohibited Person] |
| | ) | | |
| | ) | 1 Count | |
| | ) | | |
| **Defendant.** | ) | County of Offense: | Albany |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Possession of Firearm by a Prohibited Person]

On or about September 17, 2017, in Albany County in the Northern District of New York, the defendant, **RENO CONLEY**, having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a Mossberg, Model 500A, 12 gauge shotgun, bearing serial number K937025, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

1.  The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code,

Sections 922(g)(1) set forth in Count One of this Indictment, the defendant, **RENO CONLEY**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to the following:

    a)    A Mossberg, Model 500A, 12 gauge shotgun, bearing serial number K937025.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Dated:   October 26, 2017

                                        A TRUE BILL,    name redacted

                                        Grand Jury Foreperson

GRANT C. JAQUITH
Acting United States Attorney

By:  *Robert A. Sharpe*
    _____
    Robert A. Sharpe
    Assistant United States Attorney
    Bar Roll No. 302573